UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| BOBBY G. RICKER | ) | |
| | ) | |
| v. | ) | No. 2:14-CV-256 |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security | ) | |

## **ORDER**

This Social Security case is before the Court to consider the Report and Recommendation [Doc. 28] of United States Magistrate Judge C. Clifford Shirley, Jr., dated December 31, 2015. In that Report and Recommendation, Magistrate Judge Shirley recommends that the plaintiff's motion for judgment on the pleadings [Doc. 22] be denied and that the defendant's motion for summary judgment [Doc. 24] be granted. No objections to the Report and Recommendation have been filed and the time for doing so has passed. 28 U.S.C. § 636(b)(1), E.D. Tenn. L.R. 7.2.

The Court has carefully reviewed this matter, including the administrative record and the underlying pleadings [Docs. 14, 22, 23, 24, 25]. The Court is in agreement with Magistrate Judge Shirley's recommendation which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the Report and Recommendation [Doc. 28]. The plaintiff's motion for judgment on the pleadings [Doc. 22] is **DENIED**; the defendant's motion for summary judgment [Doc. 24] is

**GRANTED**; the Commissioner's decision in this case denying plaintiff's application for benefits under the Social Security Act is **AFFIRMED**; and this case is **DISMISSED**.

IT IS SO ORDERED.

                                                    s/ Thomas W. Phillips
                                        SENIOR UNITED STATES DISTRICT JUDGE